IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )          8:10CR449
                               )
       v.                      )
                               )
JACOB DICKINSON,               )            ORDER
                               )
             Defendant.        )
_____)
```

This matter is before the Court on defendant's motion for leave to file under seal (Filing No. 45). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Defendant's motion to continue (Filing No. 46) and supporting affidavit (Filing No. 47) are filed under seal pending further order of the Court.

DATED this 22nd day of February, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court